**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

Raphael Alexander Wooden, Petitioner,

v.

State of South Carolina, Respondent.

Appellate Case No. 2017-000001

———

Appeal From Aiken County
Robert E. Hood, Circuit Court Judge

———

Memorandum Opinion No. 2019-MO-036
Submitted September 16, 2019 – Filed October 2, 2019

———

**DISMISSED AS IMPROVIDENTLY GRANTED**

———

Chief Appellate Defender Robert M. Dudek, of
Columbia, for Petitioner.

Attorney General Alan Wilson and Senior Assistant
Deputy Attorney General Megan Harrigan Jameson, both
of Columbia, for Respondent.

———

**PER CURIAM:** We issued a writ of certiorari to review the post-conviction relief (PCR) court's dismissal of Raphael Wooden's application for PCR. We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**BEATTY, C.J., KITTREDGE, HEARN, FEW AND JAMES, JJ., concur.**